UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AIR 1, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-0146 |
| | ) | Judge Echols |
| BIZJET INTERNATIONAL SALES | ) | |
| AND SUPPORT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, Defendant Bizjet International Sales and Support Inc.'s Motion to Dismiss for Lack of Jurisdiction of the Person and Improper Venue Or, In the Alternative, Motion to Transfer Venue (Docket Entry No. 8) is hereby GRANTED IN PART and DENIED IN PART. Defendant's request that this action be dismissed is hereby DENIED. Defendant's alternative request that this case be transferred to the Northern District of Oklahoma is hereby GRANTED; and

The Clerk is hereby DIRECTED TO TRANSFER this case to the United States District Court for the Northern District of Oklahoma.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE